IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | |
| FERNANDO VIGIL FERNANDEZ and | : | Chapter 7 |
| CLARISSE PIOVANETTI | : | |
| | : | |
| Debtors | : | Case No.: 12-08024-ESL7 |
| | : | |
| UNITED STATES FIDELITY AND | : | Adversary No.: 13-00140 ESL |
| GUARANTY COMPANY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FERNANDO VIGIL FERNANDEZ and | : | |
| CLARISSE PIOVANETTI | : | |
| | : | |
| Defendants | : | |

**INFORMATIVE MOTION REGARDING PRELIMINARY PRETRIAL
AND SCHEDULING CONFERENCE**

To:   The Honorable Enrique S. Lamoutte Inclan
      United States Bankruptcy Judge for the District of Puerto Rico

COMES NOW, Plaintiff, United States Fidelity and Guaranty Company, ("USF&G"), by and through its undersigned counsel, DeVlieger Hilser, P.C., hereby submits this Informative Motion and respectfully states and alleges as follows:

1.   On June 28, 2013, USF&G initiated this action through the filing of an Adversary Complaint against Defendants, Fernando Vigil Fernandez and Clarisse Piovanetti, (hereinafter collectively "the Vigils"). (Docket No. 1).

2.   On July 1, 2013, this Honorable Court issued an Order and Notice setting a Preliminary Pretrial Conference and Scheduling Conference in this matter for Friday, October 18,

2013 at 9:30 a.m. (Docket No. 6).

3. Plaintiff's Counsel respectfully notes that had made arrangements with respect to a prepaid family commitment which will require the undersigned to be traveling from Wednesday October 16, 2013 through Monday, October 21, 2013. Said arrangements were made prior to this Court's Order of July 1, 2013.

4. Plaintiff's Counsel also notes that he entered into commitments which occur during the week of October 21, 2013 and October 28, 2013 prior to the issuance of this Court's Order on July 1, 2013.

5. Plaintiff respectfully requests that this Honorable Court issue an Order reassigning the Preliminary Pretrial Conference and Scheduling Conference on or after November 4, 2013, in light of Plaintiff's Counsel's prepaid family commitment which was scheduled prior to this Court's Order of July 1, 2013.

6. Alternatively, Plaintiff respectfully requests that this Honorable Court issue an Order reassigning the Preliminary Pretrial Conference and Scheduling Conference for the week of October 7, 2013.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on July 8, 2013.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar, including Debtor/Defendant's Counsel of Record, the Appointed Trustee and the U.S. Trustee.

**DEVLIEGER HILSER P.C.**


                                                            */s/ Paul T. DeVlieger*
                                                            PAUL T. DEVLIEGER, ESQUIRE (222501)
                                                            1518 Walnut Street, 16th Floor
                                                            Philadelphia, PA 19102
                                                            (215) 735-9181 pdevlieger@dvhlaw.com
Dated: July 8, 2013