# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**FERNANDO VIGIL FERNANDEZ and CLARISSA PIOVANETTI LOPEZ DE VICTORIA**<br><br>         Debtors | **CASE NO. 12-08024 ESL**<br><br>Chapter 7 |
| **UNITED STATES FIDELITY AND GUARANTY COMPANY**<br><br>         Plaintiffs<br><br>         Vs.<br><br>**FERNANDO VIGIL FERNANDEZ and CLARISSA PIOVANETTI LOPEZ DE VICTORIA**<br><br>         Defendants | **ADV PROC NO. 13-00140 ESL**<br><br><br><br><br><br><br><br>**FILED & ENTERED ON 07/30/2013** |

## ORDER

PLAINTIFFS' Motion requesting rescheduling of the Preliminary Pretrial Conference scheduled for 10/18/2013 at 9:30 AM (docket #8) is hereby granted.  The hearing is rescheduled for 11/15/2013 at 10:00 AM.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of July, 2013.

*/s/ Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:   DEBTORS/DEFENDANTS
     PLAINTIFFS